(106 So. 922)

O. C. PARKS v. STATE. (6 Div. 859.) (Court of Appeals of Alabama. Jan. 12, 1926.)

Appeal from Circuit Court, Jefferson County; C. P. Almon, Judge. Thompson & Thompson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed, on authority of Parks v. State (6 Div. 860), ante, p. 687, 106 So. 922.